Dismissed and Memorandum Opinion filed August 11, 2005









Dismissed and Memorandum Opinion filed August 11,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00557-CV

____________

 

SHAWN FISCHER,
Appellant

 

V.

 

CITY OF BAYTOWN, TEXAS, ALLISON
FROEHLICH, and BYRON JONES, Appellees

 



 

On Appeal from the 151st District
Court

Harris County, Texas

Trial Court Cause No.
02-54112

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed February 25,
2005.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On July 11, 2005, notification was transmitted to all parties
of the Court's intent to dismiss the appeal for want of prosecution unless,
within fifteen days, appellant paid or made arrangements to pay for the record
and provided this court with proof of payment. 
See Tex. R. App. P.
37.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed August 11, 2005.

Panel consists of Justices Hudson,
Frost, and Seymore.